**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| BRANDI MERRELL, | |
| Plaintiff, | Case No.: 4:26-cv-00313-MJT |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI; | |
| Defendants. | |

**DEFENDANT TRANS UNION, LLC'S ANSWER TO
PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES**

COMES NOW, Defendant Trans Union LLC ("Trans Union") by and through its counsel of record, and hereby files its Answer and Defenses to Plaintiff, Brandi Merrell's Complaint ("Complaint").  The paragraph numbers below correspond to the paragraphs contained in the Complaint to the extent possible:

**PRELIMINARY STATEMENT**

1.     Trans Union admits only that Plaintiff has asserted claims pursuant to the Fair Credit Reporting Act 15 U.S.C. § 1681, et seq. ("FCRA"). Trans Union denies the remaining allegations contained in paragraph 1 of the Complaint.

2.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

3.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

4.      Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

1.      Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## JURISDICTION AND VENUE

2.      Trans Union admits that jurisdiction is proper pursuant to 15 U.S.C. § 1681p.  Trans Union denies the allegations of this paragraph.

3.      Trans Union admits, solely based on the allegations contained in Plaintiff's Complaint, that venue is proper in this Court. Trans Union denies the remaining allegations of this paragraph.

## PARTIES

4.      Trans Union admits that Plaintiff is "a consumer" as defined by 15 U.S.C. § 1681a(c). Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

5.      Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

6.      Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*  Trans Union admits that it is a Delaware limited liability company with its principal place of business in Chicago, Illinois. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

7.      Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## FACTUAL ALLEGATIONS

8.      Trans Union reasserts its answers and responses set forth herein.

9.      Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

10.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

11.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

12.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

13.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

14.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

15.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

16.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

17.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

18.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

19.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

20.     Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

21.     Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

22.     Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

23.     Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

24.     Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

25.     Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

26.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

27.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## PLAINTIFF'S DAMAGES

28.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

29.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

30.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

31.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

32.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

33.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## CAUSES OF ACTION

34.   Trans Union reasserts its answers and responses set forth herein.

35.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT (FCRA)

36.     Trans Union reasserts its answers and responses set forth herein.

37.     Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

38.     Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*  Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

39.     Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

40.     Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

41.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

42.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

43. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

44. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

45. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

46. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## COUNT I:

**15 U.S.C. § 1681e(b)**
**Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy**
**(Defendants Equifax and Trans Union)**

47. Trans Union restates and incorporates its responses to the preceding paragraphs above as though fully stated herein.

48. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

49. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

50.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

51.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

52.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

53.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it

54.     Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

55.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## COUNT II:

### 15 U.S.C. § 1681i(a)(1)(A)
### Failure to Conduct a Reasonable Investigation into Plaintiff's Dispute
### (Defendants Equifax and Trans Union)

56.     Trans Union restates and incorporates its responses to the preceding paragraphs above as though fully stated herein.

57.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

58.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

59.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

60.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

61.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## COUNT III:

### 15 U.S.C. § 1681i(a)(4)
### Failure to Read and consider Documents Attached to Plaintiff's Dispute
### (Defendants Equifax and Trans Union)

62.    Trans Union restates and incorporates its responses to the preceding paragraphs above as though fully stated herein.

63.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

64.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

65.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

66.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

67.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

68.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## COUNT IV:

### 15 U.S.C. § 1681i(a)(5)(A)
### Failure to Delete and/or Modify the Disputed Information
### (Defendants Equifax and Trans Union)

69.    Trans Union restates and incorporates its responses to the preceding paragraphs above as though fully stated herein.

70.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

71.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

72.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

73.     Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations..

74.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

75.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

76.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

77.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## COUNT V:

**15 U.S.C. § 1681c-2(a)**
**Failure to Block the Reporting of Identity Information within Four (4) Business days**
**(Defendant Trans Union)**

78.     Trans Union reasserts its answers and responses set forth herein.

79.     Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

80.     Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

81.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

82.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

83.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

84.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## COUNT VI:

**15 U.S.C. § 1681s-2(b)**
**Failure to Conduct a Reasonable Investigation of the Information Disputed by Plaintiff**
**(Defendant MOHELA)**

85.    Trans Union reasserts its answers and responses set forth herein.

86.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

87.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

88.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

89.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

90.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

91.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## PRAYER FOR RELIEF

Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union. Trans Union denies the allegations contained in the Prayer paragraph of the Complaint.

## DEFENSES

1.    At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

2.    Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

3.    Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

4.    Trans Union at all times acted in compliance with the FCRA.

5.    Trans Union has not published any false, inaccurate or defamatory information to a third party regarding Plaintiff and has not acted with negligence, malice, actual malice, or willful intent to injure.

6.      Plaintiff failed to mitigate her alleged damages.

7.      Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Texas.

8.      To the extent Trans Union could be found liable, Plaintiff was comparatively/contributorily negligent.

9.      In the event that a settlement is reached between Plaintiff and any other party, Defendant Trans Union is entitled to any settlement credits permitted by law.

10.      Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

Respectfully submitted,


*/s/ Charlotte Long*
Charlotte Long, Esq.
Texas Bar No. 24094692
Trans Union, LLC
554 Baroque Way
Irving, TX  75060
(469) 578-1464
E-Mail:  charlotte.long@transunion.com
***Counsel for Trans Union LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of June, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Charlotte A. Long*