**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| BRANDI MERRELL,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI;<br><br>        Defendants. | Case No.: 4:26-cv-00313-MJT |

**DEFENDANT TRANS UNION LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant Trans Union LLC, through its undersigned counsel and pursuant to Federal Rules of Civil Procedure 7.1, hereby certifies the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.      Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership of Trans Union LLC.

1

Respectfully submitted,

*/s/ Charlotte Long*
Charlotte Long, Esq.
Texas Bar No. 24094692
Trans Union, LLC
554 Baroque Way
Irving, TX  75060
(469) 578-1464
E-Mail:  charlotte.long@transunion.com
***Counsel for Trans Union LLC***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of June, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Charlotte A. Long*