**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| BRANDI MERRELL, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:26-cv-00313-MJT |
| EQUIFAX INFORMATION SERVICES, | § | |
| LLC, TRANS UNION, LLC, and HIGHER | § | |
| EDUCATION LOAN AUTHORITY OF | § | |
| THE STATE OF MISSOURI, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Jennifer R. Brooks of Seyfarth Shaw LLP, hereby appears in the above-captioned case on behalf of Equifax Information Services LLC and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon her.

DATED:  June 15, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Jennifer R. Brooks*
    Jennifer R. Brooks, Bar No. 24103791
    jrbrooks@seyfarth.com
    SEYFARTH SHAW LLP
    2323 Ross Avenue, Suite 1660
    Dallas, Texas  75201
    Telephone:  (469) 608-6730

*Counsel for Defendant*
*Equifax Information Services LLC*

325813074v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2026, I presented the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    */s/ Jennifer R. Brooks*
Jennifer R. Brooks
*Counsel for Defendant*
*Equifax Information Services LLC*

325813074v.1