**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| BRANDI MERRELL, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:26-cv-00313-MJT |
| EQUIFAX INFORMATION SERVICES, | § | |
| LLC, TRANS UNION, LLC, and HIGHER | § | |
| EDUCATION LOAN AUTHORITY OF | § | |
| THE STATE OF MISSOURI, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## DISCLOSURE STATEMENT OF EQUIFAX INFORMATION SERVICES LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Defendant Equifax Information Services LLC ("Equifax"), by and through its undersigned attorneys, and pursuant to Fed. R. Civ. P. 7.1, states that Equifax is a wholly-owned company of Equifax, Inc., which is a publicly traded company on the NYSE.  No other entity owns 10% or more of Equifax's stock.

DATED:  June 15, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Jennifer R. Brooks*

Jennifer R. Brooks, Bar No. 24103791
jrbrooks@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas  75201
Telephone:  (469) 608-6730

*Counsel for Defendant*
*Equifax Information Services LLC*

325813040v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2026, I presented the foregoing DISCLOSURE STATEMENT OF EQUIFAX INFORMATION SERVICES LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jennifer R. Brooks*
Jennifer R. Brooks
*Counsel for Defendant*
*Equifax Information Services LLC*

325813040v.1