**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

BRANDI MERRELL

                Plaintiff,           Civil Action No. 4:26-cv-0031**3**

v.

EQUIFAX INFORMATION SERVICES,
LLC, et al
                Defendants.

## NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC

NOW COMES Plaintiff, who files this Notice, and in support would show as follows:

1.     Plaintiff is filing this notice to inform this Court that Plaintiff has settled this case with Equifax Information Services, LLC.

2.     Plaintiff will file the documentation required to terminate Equifax Information Services, LLC and will file a Stipulation of Dismissal once the closing documents are exchanged and executed.

Dated: July 1, 2026

Respectfully submitted,

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
Raburn Kaufman, LLC
6108 Siegen Lane, Suite B
Baton Rouge, Louisiana 70809
jraburn@raburnkaufman.com
Telephone: 225-412-2777

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st of July 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record.

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF