IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRANDI MERRELL | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | |
| EQUIFAX INFORMATION SERVICES, | § | CIVIL ACTION NO. 4:26-CV-00313 |
| LLC, TRANS UNION, LLC, and HIGHER | § | JUDGE MICHAEL J. TRUNCALE |
| EDUCATION LOAN AUTHORITY OF | § | |
| THE STATE OF MISSOURI | § | |
| | § | |
| *Defendants* | § | |

## <u>ORDER ON CLOSING DOCUMENTS</u>

The Court has received Plaintiff's Notice of Settlement as to Equifax Information Services, LLC ("Equifax"). [Dkt. 13]. Plaintiff advises the Court that she has settled this case with Equifax.

It is therefore **ORDERED** that the above-referenced Parties shall submit to the Court all papers necessary for the dismissal of Defendant Equifax on or before **<u>August 21, 2026.</u>**

It is further **ORDERED** that all Court dates and deadlines as they relate to Defendant Equifax are hereby **VACATED**.

**SIGNED this 7th day of July, 2026.**

*[signature]*

Michael J. Truncale
United States District Judge